AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Antoine Bessant, )
*Plaintiff* )
v. ) Civil Action No. 2:19-cv-5310
Wasserstorm & Sons, Inc., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order filed 2/12/2021. The Court APPROVES ECF NO. 18-1 The Joint Motion for Approval of Settlement. This case is DISMISSED. This Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 02/12/2021

CLERK OF COURT

*Christine M. Wenn* (signature)
Signature of Clerk or Deputy Clerk